AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

HENRY ASHLEY WOODS,
as Surviving Parent of Gregory Alan Woods and as
Administrator of the Estate of Gregory Alan Woods,

Plaintiff,

v.

CHATHAM COUNTY, GEORGIA; SHERIFF RICHARD
COLEMAN, Successor to former Chatham County Sheriff
John Wilcher, in his official capacity; ABC
CORPORATIONS 1-3; and JOHN DOES 1-12,

Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:    4:25-cv-78

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated August 5, 2025, the Plaintiff's motion to remand is granted.

Therefore, pursuant to 28 U.S.C. § 1447(c), this case is remanded to the State Court of Chatham

County, Georgia, for further proceedings.  This case is closed.



August 6, 2025
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*Pam Hammock*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020